UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------x

ROGER RESSMEYER, individually and on
behalf of all other similarly situated persons; and
RICHARD MINDEN, individually and on behalf
of all other similarly situated persons, et al.,

                *Plaintiffs*,

- against -

GETTY IMAGES, INC.,

                *Defendant*.

------------------------------------------------------------x

Case No. 08-cv-4360 (DLI) (RML)

STIPULATION OF DISMISSAL
WITH PREJUDICE

       Plaintiffs and Defendant, by their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), that the above-entitled action is dismissed with prejudice and without costs to any party. The undersigned represent all the parties that have appeared in this action.

Dated: New York, New York
       April 28, 2010

                Respectfully submitted,

                NELSON & McCULLOCH LLP

                By:_____
                Danial A. Nelson
                The Chrysler Building
                405 Lexington Avenue, 25th Floor
                New York, New York 10174
                Telephone (646) 704-4900
                Facsimile (464) 308-1178
                dnelson@nelsonmcculloch.com

KREINDLER & KREINDLER LLP
Justin T. Green
100 Park Avenue
New York, New York 10017
Telephone (212) 867-6161
Facsimile (212) 972-9432
jgreen@kreindler.com

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: /s/ James Rosenfeld
James Rosenfeld
Jonathan Lloyd
1633 Broadway
New York, New York 10019
jamesrosenfeld@dwt.com
(212) 489-8230

Stephen M. Rummage (*pro hac vice*)
Stuart R. Dunwoody (*pro hac vice*)
Ambika Doran (*pro hac vice*)
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150

*Attorneys for Getty Images, Inc.*